FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0322

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 20-0322

---

TYLER JACK SNIDER,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

---

## GRANT OF EXTENSION

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 27, 2020 to prepare, file, and serve the Appellant's Opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020